# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2019.

_____

No. 3D19-0138
Lower Tribunal No. 18-18405

_____

**Edward Rangel,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Carlos J. Martinez, Public Defender, and Jeffrey Paul DeSousa, Assistant Public Defender, for petitioner.

Ashley Brooke Moody, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.

Before SALTER, LINDSEY and HENDON, JJ.

**ON CONFESSION OF ERROR**

HENDON, J.

Pursuant to the State's proper concession, we grant the emergency Petition for Habeas Corpus, quash the alias capias and estreature of bond issued by the trial court, and remand with directions to the trial court to accept the Petitioner's written waiver of presence.

Petition for Writ of Habeas Corpus granted and cause remanded. This opinion shall take effect immediately.